# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | | |
|---|---|---|---|
| **GIORGI GVEDASHVILI** | § | | |
| | § | | |
| vs. | § | NO: | WA:25-CV-00552-ADA-DTG |
| | § | | |
| **DEVERY MOONEYHAM, ET AL.** | § | | |
| *Defendant* | | | |

## ORDER SETTING HEARING AND ORDER TO PRODUCE

Petitioner Giorgi Gvedashvili challenges his continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1). The respondents have filed their return, and a hearing is now required. See 28 U.S.C. § 2243 ("When the writ or order is returned a day shall be set for hearing, not more than five days after the return . . . .").

Due to the demands of the Court's schedule, the Court finds good cause to extend the time to hold a hearing pursuant to 28 U.S.C. § 2243 and sets a hearing on **Tuesday, December 9, 2025 at 12:30 P.M. (1 hour time block)**. The hearing shall be held in-person at the United States District Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas. The respondents are directed to **"produce the body of"** the petitioner at the hearing and provide confirmation to the Court that transport of petitioner is secured by emailing the Court's Law Clerk at txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov. Id. The petitioner and respondents are **ORDERED** to meet-and-confer in advance of the hearing and jointly file a notice of any factual stipulations on or before close of business Monday, December 8, 2025.

**IT IS SO ORDERED** this **4th day of December, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE